

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| TVO Cobblestone, LLC, Windy Cities Cobblestone, LLC, KLV Trust and Wayne Vandenburg, | § | No. 08-18-00175-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 243rd District Court |
| v. | | |
| | § | of El Paso County, Texas |
| ASI Capital, LLC., | | |
| | § | (TC# 2018DCV0375) |
| Appellee. | | |
| | § | |

# **O R D E R**

On October 9, 2018 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On October 19, 2018 Appellees timely filed their objections. The Court finds Appellees' objections persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record is now due in this Court on or before October 30, 2018.

IT IS SO ORDERED this 22nd day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.